UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Lakeisha Bratton, #269947, | ) C/A No. 4:12-646-TMC |
|---|---|
| Petitioner, | ) |
| vs. | ) |
| | ) Order |
| Superintendent, | ) |
| Respondent. | ) |

  Petitioner/Plaintiff (hereinafter "Plaintiff"), proceeding *pro se,* filed a complaint seeking relief pursuant to 42 U.S.C. § 1983 on a 28 U.S.C. § 2254 form. By order dated March 21, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff did not receive the order, as it was returned to the court as undeliverable mail, stamped "UNDELIVERABLE, Return to Sender." Additionally, the words "Inmate Released" were handwritten on the returned envelope. Plaintiff has not provided the court with a new address at which she receives mail, and the record indicates no attempt by Plaintiff to contact the court since the complaint was transferred. The case is **dismissed,** *without prejudice*, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

  **IT IS SO ORDERED**.

                        s/Timothy M. Cain
                        Timothy M. Cain
                        United States District Judge

April 10, 2012
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

  The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.